**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02848-CMA-CBS

LEILANI J. WATSON,

      Plaintiff,

v.

UNITED AIR LINES,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      In accordance with the parties' Joint Stipulation for Dismissal With Prejudice

(Doc. # 16) signed by the attorneys for the parties, hereto it is

      ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay

its own attorney's fees and costs.

      DATED: February __15__, 2011

                             BY THE COURT:

                             _____
                             CHRISTINE M. ARGUELLO
                             United States District Court Judge